ACCEPTED
03-13-00296-CR
6620212
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/24/2015 12:34:27 PM
JEFFREY D. KYLE
CLERK



# John G. Jasuta

**Attorney at Law**
1801 East 51st Street, Suite 365-474
Austin, Texas 78723
Off. Tel. 512-474-4747
Fax: 512-532-6282

lawyer1@johnjasuta.com

www.texasappeallawyers.com

**Consultation by Appointment Only**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

8/24/2015 12:34:27 PM

JEFFREY D. KYLE
Clerk

**To**: Jeffrey D. Kyle
**Date**: August 24, 2015
**Subject**: Robbie Dale Walker v. State; No. 03-13-00296-CR

Dear Mr. Kyle:

I have obtained a copy of the Court's opinion in the above captioned case, delivered on May 29, 2015, as well as notice that, on August 6, 2015, the Court overruled our motion for rehearing. I have forwarded a copy of the Court's opinion to Mr. Walker at the TDCJ-CID Darrington Unit, in Rosharon, Texas, with a letter advising him, as required by Rule 48.4, Tex.R.App.Pro., and it has been received.

Exhibit "A" attached hereto demonstrates that the US Postal Service records have the package "In Transit" on August 10. Exhibit "B" attached hereto, received today from maillroom personnel at the Darrington Unit, demonstrate the package was received at the unit on August 10, 2015, and personally delivered to Mr. Walker, the same day. I have, therefore, complied with the requirements of Rule 48.

## Certificate of Compliance and Delivery

This is to certify that: (1) this document, created using WordPerfect™ X7 software, contains 154 words, excluding those items permitted by Rule 9.4 (i)(1), Tex.R.App.Pro., and complies with Rules 9.4 (i)(2)(B) and 9.4 (i)(3), Tex.R.App.Pro.; and (2) on August 24, 2015, a true and correct copy of the above and foregoing memo was transmitted via the eService function on the State's eFiling portal, to Chris Johnson (chris.johnson@co.hays.tx.us), counsel of record for the State of Texas, and to Appellant, at the Darrington Unit.

Respectfully submitted,

**John G. Jasuta**
Attorney at Law
1801 East 51st Street, Suite 365-474
Austin, Texas 78723
eMail: lawyer1@johngjasuta.com
Tel. 512-474-4747
Fax: 512-532-6282

State Bar No. 10592300

Attorney for Robbie Dale Walker

# Exhibit "A"

# USPS Tracking®

Tracking Number: **9405511899562211139005**

Expected Delivery Day: **Monday, August 10, 2015**

In-Transit

## Product & Tracking Information

**Postal Product:**
Priority Mail 2-Day™

**Features:**
USPS Tracking™

Up to $50 insurance included
Restrictions Apply *i*

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **August 10, 2015 , 9:47 am** | **Sorting Complete** | **ROSHARON, TX 77583** |
| All sorting has been completed at the delivery unit for today's deliveries at 9:47 am on August 10, 2015 in ROSHARON, TX 77583. | | |
| August 10, 2015 , 8:31 am | Arrived at Post Office | ROSHARON, TX 77583 |
| August 9, 2015 , 10:35 am | Departed USPS Destination Facility | NORTH HOUSTON, TX 77315 |
| August 8, 2015 , 3:45 pm | Arrived at USPS Destination Facility | NORTH HOUSTON, TX 77315 |
| August 7, 2015 , 8:38 pm | Departed USPS Facility | AUSTIN, TX 78710 |
| August 7, 2015 , 7:28 pm | Arrived at USPS Origin Facility | AUSTIN, TX 78710 |
| August 7, 2015 , 6:13 pm | Accepted at USPS Origin Sort Facility | AUSTIN, TX 78723 |
| August 7, 2015 | Pre-Shipment Info Sent to USPS | |

# Exhibit "B"

# INCOMING LEGAL, SPECIAL AND MEDIA MAIL LOG

_____ Unit

| Legal | Special | Media | Offender's Name | Offender's Number | Sender Name & Return Address | Date Received | Date Delivered | Employee's Initials |
|---|---|---|---|---|---|---|---|---|
| ✓ | | | ████████ | | | 8-7-15 | 8/10/15 | |
| ✓ | | | ████████ | | | 8-7-15 | 8-10-15 | AF |
| | ✓ | | ████████ | | | 8-7-15 | 8/10/15 | MD |
| | ✓ | | ████████ | | | 8-7-15 | 8-10-15 | NS |
| | ✓ | | ████████ | | | 8-7-15 | 8/10/15 | OF |
| ✓ | | | Robbie Dale Walker | 1854310 | Law Offices John Jasuta, 1801 East 51st Street Ste 365-474 Austin TX 78723 | 8-10-15 | 8/10/15 | MD |
| | ✓ | | ████████ | | | 8-10-15 | 8-10-15 | R+S # needed |
| | ✓ | | ████████ | | | 8-10-15 | 8/11/15 | JA |
| | ✓ | | ████████ | | | 8-10-15 | 8-11-15 | NS |
| | ✓ | | ████████ | | | 8-10-15 | 8-10-15 | FWO McConnell |
| | ✓ | | ████████ | | | 8-10-15 | 8-11-15 | AF |
| | ✓ | LMG | ████████ | | | 8-10-15 | 8-11-15 | NS FWO Conelly |

Open & Inspect For Contraband Only in Presence of Offender

wI-157 (Rev.03/12)